10/16/2015        TDCJ Offender Details

*84023-01*

⭐ **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**    🏠 **TDCJ Home**    🔍 **New Offender Search**



# Offender Information Details

| Return to Search list |

| | |
|---|---|
| **SID Number:** | 07348986 |
| **TDCJ Number:** | 01705510 |
| **Name:** | DUNN,DEONTE DESHAUN |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1989-05-04 |
| **Maximum Sentence Date:** | 2018-05-23 |
| **Current Facility:** | BRIDGEPORT |
| **Projected Release Date:** | 2018-05-23 |
| **Parole Eligibility Date:** | 2014-05-23 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

| Parole Review Information |

## Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |